JAJ:DSS
F. #2010R01733

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JHAMID HAYNES,

         Defendant.

- - - - - - - - - - - - - - - -X

FINAL ORDER
OF FORFEITURE

10-CR-887 (SLT)

WHEREAS, on or about February 9, 2011, the defendant, JHAMID HAYNES (the "Defendant"), entered a plea of guilty to the above-captioned indictment, charging a violation of 18 U.S.C. § 922(g)(1); and

WHEREAS, on or about February 28, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure in which the Court ordered the Defendant to forfeit to the United States all right, title, and interest in the .38 caliber Colt revolver and ammunition seized from him on or about October 23, 2010 (the "Seized Firearm and Ammunition");

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on March 5, 2011, and ending on April 3, 2011;

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Firearm and Ammunition and the time to do so has expired;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(p) and the Preliminary Order of Forfeiture, all right, title, and interest in the Seized Firearm and Ammunition is hereby condemned, forfeited, and vested in the United States of America;

IT IS FURTHER ORDERED that the United States Marshals Service, and its duly authorized agents and contractors be, and the same hereby are, directed to dispose of the Seized Firearm and Ammunition in accordance with all applicable laws and regulations;

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture;

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail six (6) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York, 11201, ATTN: FSA Paralegal Nicole Brown.

Dated: Brooklyn, New York
       December 21, 2011

S/Sandra L. Townes

HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE